UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTHONY CARLOS ATUNEZ, )
)
Petitioner, )
)
v. ) Civil Action No. 07-0556 (CKK)
)
ALBERTO GONZALES, *et al.*, )
)
Respondents. )

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that this civil action is DISMISSED WITHOUT PREJUDICE. It is further

ORDERED that the Clerk of Court shall mail a copy of the Memorandum Opinion and this Order to petitioner at his address of record.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

Date: April 10, 2007